441 A.2d 773

Commonwealth v. Dorsey, Appellant.

Submitted April 7, 1981. William F. Ochs, Jr., Public Defender, for appellant; George C. Yatron, District Attorney, did not file a brief on behalf of Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The appeal is dismissed.